UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | |
|---|---|
| SHIVA STEIN, | : |
| | : |
| Plaintiff, | :  Civ. No.   1:21-cv-4289-NRB |
| | : |
| v. | : |
| | : |
| ORBCOMM INC., JEROME B. EISENBERG, | : |
| MARC J. EISENBERG, MARCO FUCHS, | : |
| DENISE GIBSON, KAREN GOULD, | : |
| TIMOTHY KELLEHER, and JOHN MAJOR, | : |
| | : |
| Defendants. | : |

------------------------------------------------------------

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  July 16, 2021                                Respectfully submitted,

**MELWANI & CHAN LLP**

/s *Gloria Kui Melwani*
Gloria Kui Melwani (GM5661)
1180 Avenue of the Americas, 8th Floor
New York, New York 10036
Tel: (212) 382-4620
Email:  gloria@melwanichan.com

*Attorneys for Plaintiff*